IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BENNY JOE LOGHRY, | |
| Plaintiff, | **8:23CV79** |
| vs. | |
| NEBRASKA MEDICINE,  THE NEBRASKA MEDICAL CENTER, UNMC PHYSICIANS, and SARA M. PUTNAM, M.D., | **FINAL PROGRESSION ORDER (AMENDED)** |
| Defendants. | |

IT IS ORDERED that the joint motion to extend the final progression order (Filing No. 38) is granted. The final progression order is amended as follows:

1)      The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings with the undersigned magistrate judge is continued to **November 14, 2023** at **9:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2)      The deadlines for moving to amend pleadings or add parties are:

|  |  |
|---|---|
| For the plaintiff(s): | October 11, 2023 |
| For the defendant(s): | December 15, 2023 |

3)      The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is March 1, 2024. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by March 15, 2024.

**Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

4)  The deadlines for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

      For the plaintiff(s):          November 29, 2023.

      For the defendant(s):        February 1, 2024.

5)  The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is March 1, 2024.

6)  The deadline for filing motions to dismiss and motions for summary judgment is May 29, 2024.

7)  The deadline for filing motions to exclude testimony on *Daubert* and related grounds is April 15, 2024.

8)  Motions in limine shall be filed seven days before the pretrial conference. It is not the normal practice to hold hearings on motions in limine or to rule on them prior to the first day of trial. Counsel should plan accordingly.

9)  The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

10)  All other deadlines in the final progression order (Filing No. 25) remain unchanged. All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

Dated this 11th day of August, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*

United States Magistrate Judge