IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BENNY JOE LOGHRY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NEBRASKA MEDICINE, THE NEBRASKA MEDICAL CENTER, UNMC PHYSICIANS, and SARA M. PUTNAM, M.D.,<br><br>　　　　　Defendants. | 8:23CV79<br><br>ORDER OF DISMISSAL |

Pursuant to the Stipulation and Joint Motion to Dismiss (Filing No. 94) filed by the parties in the above-entitled lawsuit, and the Court being fully advised in the premises:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-entitled lawsuit is hereby dismissed, with prejudice, each party to pay its own costs, and complete record waived.

Dated this 15th day of September, 2025.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge